DECISIONS PER CURIAM, FROM OCTOBER ,7, 1918, TO MARCH 3, 1919, NOT INCLUDING ACTION ON PETITIONS FOR WRITS OF CERTIORARI.

No. 135. RED JACKET, JR., COAL COMPANY ET AL. *v.* UNITED THACKER COAL COMPANY. Appeal from the District Court of the United States for the Southern District of West Virginia. Motion to dismiss or affirm submitted October 8, 1918. Decided October 21, 1918. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of (1) *Equitable Life Assurance Society* v. *Brown,* 187 U. S. 308, 314; *Consolidated Turnpike Co.* v. *Norfolk &c. Ry. Co.,* 228 U. S. 596, 600; *Brolan* v. *United States,* 236 U. S. 216, 218. (2) *Louisville & Nashville R. R. Co.* v. *Western Union Telegraph Co.,* 234 U. S. 369; *Male* v. *Atchison, Topeka & Santa Fe Ry. Co.,* 240 U. S. 97. (3) *Shapiro* v. *United States,* 235 U. S. 412. See *Omaha Baum Iron Store Co.* v. *Moline Plow Co.,* 244 U. S. 650. *Mr. E. Spencer Miller* for appellants. *Mr. Arthur S. Dayton* for appellee.

---

No. 544. D. M. PHILLIPS ET AL. *v.* W. O. MITCHELL ET AL. Error to the Supreme Court of the State of Oklahoma. Motion to dismiss submitted October 8, 1918. Decided October 21, 1918. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of *Equitable Life Assurance Society* v. *Brown,* 187 U. S. 308, 314; *Consolidated Turnpike Co.* v. *Norfolk &c. Ry. Co.,* 228 U. S. 596, 600; *Brolan* v. *United States,* 236 U. S. 216, 218. *Mr. Milton Brown* for plaintiffs in error. *Mr. C. B. Stuart* for defendants in error.